# UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-7425**

RANDY LASSITER,

       Plaintiff - Appellant,

     v.

GERALD JENKINS; SHANE KNIGHT; DEPUTY KLUTTS, Individual & Official Capacity, Deputy/Sheriff; ERICA WILLIAMS, Sergeant, Deputy-Sergeant, Individual & Official Capacity; ERIK SHILDT, Corporal, Deputy-Corporal, Individual & Official Capacity; PAUL BROWN, Corporal, Deputy-Corporal, Individual & Official Capacity; NORFOLK CITY JAIL, Department of Corrections,

       Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Liam O'Grady, Senior District Judge.  (1:19-cv-00596-LO-JFA)

Submitted:  August 19, 2021               Decided:  August 23, 2021

Before GREGORY, Chief Judge, and FLOYD and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Randy Lee Lassiter, Jr., Appellant Pro Se.  Jeff W. Rosen, PENDER & COWARD, PC, Virginia Beach, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Randy Lee Lassiter, Jr., appeals the district court's order granting Respondents summary judgment in favor of Defendants. On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Lassiter's informal brief does not challenge the basis for the district court's disposition, he has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we deny Lassiter's motion to appoint counsel and affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*